[No. 8110-9-III.   Division Three.   December 8, 1987.]

DELLA L. SCHURGER, *Respondent,* v. RANDY MAYER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 85-2-00757-2, Walter A. Stauffacher, J.,

entered August 22, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Thompson, J.